UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JAMES L. FELDKAMP,

    Plaintiff,

Case No. 08-12979

v.

Honorable Patrick J. Duggan

BBK, LTD.,

    Defendant.
_____/

## ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on December 18, 2008.

PRESENT:     THE HONORABLE PATRICK J. DUGGAN
                  U.S. DISTRICT COURT JUDGE

Presently before the Court is Defendant's motion to stay proceedings and to extend discovery. A hearing on this motion was held on December 16, 2008. For the reasons set forth at the hearing, **IT IS HEREBY ORDERED**:

1. Discovery is extended until January 31, 2009.

2. Defendant's response to Plaintiff's motion for summary judgment is due February 15, 2009.

The above dates can be extended by agreement of the parties. In the event the parties agree to extend either or both of the above dates, the Court shall be notified as to the dates

to which the parties have agreed.

                                                      s/PATRICK J. DUGGAN
                                                      UNITED STATES DISTRICT JUDGE

Copies to:

Thomas E. Marshall, Esq.
Randal R. Cole, Esq.