UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES L. FELDKAMP, | ) | 2:08-cv-12979 |
| | ) | |
| Plaintiff, | ) | Judge Patrick J. Duggan |
| | ) | Magistrate Judge Virginia M. Morgan |
| vs. | ) | |
| | ) | |
| BBK, LTD., | ) | |
| | ) | |
| A Michigan Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon the parties' stipulation to the entry of this Order of Dismissal, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Complaint be dismissed with prejudice and without costs or attorneys' fees to either party.

**IS IT FURTHER ORDERED** that this Order resolves all pending claims and closes this case.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: February 5, 2009  February 5, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 5, 2009 February 5, 2009, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager